IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:09cr65(4) |
| | | 3:19cr101 |
| Plaintiff, | : | |
| | | JUDGE WALTER H. RICE |
| v. | : | |
| JAMIL BARKER, | : | |
| Defendant. | : | |

### ORDER GRANTING DEFENDANT FURLOUGH FOR LIMITED PURPOSE

It is the order of this Court that Defendant be furloughed from the Montgomery County Jail at 12:30 p.m. on Monday, September 13, 2021, to be picked up by India Tatum, whose phone number is 313-418-2983. Defendant is to be taken directly to his appointment which is scheduled for 1:30 p.m. with NP, Adrian Bates at Nova Behavioral Health, 732 Beckman Street, Dayton, Ohio. After the appointment at Nova Behavioral Health, defendant is to then be immediately returned to the Montgomery County Jail.

It is the request of this Court that the personnel at the Montgomery County Jail do all in their power to facilitate the carrying out of this Order.

September 8, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
U.S. Marshal Office
Montgomery County Jail